■
**GARDEN HOMES, Inc., Appellant,**
v.
**UNITED STATES of America et al.,
Appellees.**
No. 4786.

United States Court of Appeals
First Circuit.

Feb. 24, 1954.

Rehearing Denied March 17, 1954.

Angus M. MacNeil, Boston, Mass., for appellant.

Robert D. Branch, Asst. U. S. Atty., Concord, N. H., for United States of America, appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The final judgment of the District Court entered July 16, 1953, is affirmed

upon the opinion of Judge Connor reported in 113 F.Supp. 415. The order of the District Court entered September 11, 1953, is affirmed.